```
DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

MOLLY K. PRIEDEMAN (CABN 302096)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3713
    FAX: (510) 637-3724
    Molly.Priedeman@usdoj.gov

Attorneys for United States of America
```

**FILED**

Jan 12 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br>     v. <br> CHRISTOPHER BRUCE, <br> a/k/a Christopher Bryant Bruce, and <br> a/k/a Christopher Gabriel Bruce, <br>     Defendant. | CASE NO. 21-cr-00009 YGR <br><br> PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM |

TO: The Honorable Nathanael Cousins, United States District Judge for the Northern District of California

Assistant United States Attorney MOLLY K. PRIEDEMAN respectfully requests that the Court issue a Writ of Habeas Corpus Ad Prosequendum for the person of prisoner CHRISTOPHER BRUCE, whose place of custody or jailor are set forth in the requested Writ, attached hereto.

//

//

//

PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM
CASE NO. 21-cr-00009 YGR
[UNDER SEAL]

1 | The prisoner, CHRISTOPHER BRUCE, is required to appear as a defendant in the above-
2 | entitled matter in this Court on the date identified in the writ and for all future hearings, and therefore
3 | petitioner prays that the Court issue the Writ as presented.

5 | Dated: January 11, 2021

Respectfully Submitted,

DAVID L. ANDERSON
United States Attorney

*/s/ Molly K. Priedeman*
MOLLY K. PRIEDEMAN
Assistant United States Attorney

PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM
CASE NO. 21-cr-00009 YGR
[UNDER SEAL]