1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  MOLLY K. PRIEDEMAN (CABN 302096)
   Assistant United States Attorney
5
        1301 Clay Street, Suite 340S
6       Oakland, California 94612
        Telephone: (510) 637-3713
7       FAX: (510) 637-3724
        Molly.Priedeman@usdoj.gov
8

9  Attorneys for United States of America

<pre>
FILED

Jan 12 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND
</pre>

10                   UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12                         OAKLAND DIVISION

13  UNITED STATES OF AMERICA,           )  CASE NO. 21-cr-00009 YGR
                                        )
14         Plaintiff,                   )
                                        )
15         v.                           )  ORDER GRANTING PETITION FOR WRIT
                                        )  OF HABEAS CORPUS AD
                                        )  PROSEQUENDUM
16  CHRISTOPHER BRUCE,                  )
    a/k/a Christopher Bryant Bruce, and )
17  a/k/a Christopher Gabriel Bruce,    )
                                        )
18         Defendant.                   )

19      Upon motion of the United States of America, and good cause appearing therefore,

20  IT IS HEREBY ORDERED that the request of the United States for issuance of the Writ of Habeas

21  Corpus Ad Prosequendum requiring the production of defendant CHRISTOPHER BRUCE, before this

22  Court on the date stated in the Writ submitted, or as soon thereafter as practicable, and requiring that the

23  defendant be present for all future hearings, is granted and the Writ shall be issued as presented.

24

25  DATED:  January 12, 2021
                                            _____
26                                          HON. NATHANAEL M. COUSINS
                                            United States Magistrate Judge
27                                          [GRANTED — Judge Nathanael M. Cousins]

28

ORDER   CASE NO. 21-
cr-00009 YGR [UNDER
SEAL]

# WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:  DONALD M. O'KEEFE, United States Marshal for the Northern District of California and /or any of his authorized deputies and Santa Rita Jail, 5325 Broder Blvd., Dublin, California, 94568:

Pursuant to the foregoing petition and order, you are directed to produce the body of CHRISTOPHER BRUCE, who is in the custody of Santa Rita Jail, before the Honorable Nathanael M. Cousins, United States Magistrate Judge for the Northern District of California via Zoom proceedings on January 25, 2021, at 1:00 pm, or as soon thereafter as practicable, on the charges filed against defendant in the above-entitled Court and further to produce said defendant at all future hearings as necessary until the termination of the proceedings in this Court.

Should the current custodian release CHRISTOPHER BRUCE from its custody, you are directed that the defendant immediately be delivered and remanded to the U.S. Marshals for the Northern District of California and/or his authorized deputies under this Writ.

DATED: 1/12/2021

CLERK, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

By: _____
*Susan Y. Soong*
DEPUTY CLERK

WRIT OF HABEAS CORPUS AD PROSEQUENDUM
CASE NO. 21-cr-00009 YGR
[UNDER SEAL]